Joseph R. THOMPSON, Plaintiff–Appellant,

v.

EAGLE DIRECT, INCORPORATED, Defendant–Appellee.

No. 01–1949.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 28, 2002.

Decided March 18, 2002.

Joe C. Ashworth, Leonardtown, Maryland, for Appellant. Michael P. Broderick, Donovan & Broderick, P.C., Silver Spring, Maryland, for Appellee.

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

PER CURIAM.

Joseph R. Thompson appeals the district court's order granting summary judgment to Defendant in this action alleging unlawful discharge in violation of the Age Discrimination in Employment Act. Our review of the materials before us convinces us that age was not a motivating factor in Thompson's discharge. Further, the district court did not abuse its discretion in denying Thompson's motion to dismiss Defendant's motion for summary judgment as untimely filed. We find no reversible error and affirm on the reasoning of the district court. *See Thompson v. Eagle*

*Direct, Inc.*, No. CA–99–2882–AW (D. Md. filed June 27, 2001, entered June 28, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*